**Richard L. BOBBITT,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101516**

Missouri Court of Appeals,
Eastern District,
*DIVISION ONE.*

Filed: April 7, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 2015

Application for Transfer Denied August 18, 2015

Kent E. Gipson, 121 East Gregory Blvd., Kansas City, Missouri 64114, for appellant.

Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg

### ORDER

PER CURIAM

Richard L. Bobbitt appeals the motion court's judgment denying, without an evi-

dentiary hearing, his Rule 29.15 motion for post-conviction relief.

We have reviewed the briefs and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).